# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00807-CV

### In re Monique Michelle Sauls

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Monique Michelle Sauls filed a pro se petition for writ of mandamus requesting that this Court direct the trial court to return her children who were removed from her care when she was served with a suit for termination of her parental rights.

The relator bears a heavy burden of showing entitlement to the relief requested. *See* Tex. R. App. P. 52.3, 52.7; *Canadian Helicopters Ltd. v. Wittig*, 876 S.W.2d 304, 305 (Tex. 1994). Rule 52.3 of the Texas Rules of Civil Procedure sets out the necessary contents of a petition for writ of mandamus and requires, among other things, that the petitioner provide the Court with "a certified or sworn copy of any order complained of, or any other document[s] showing the matter complained of." Tex. R. App. P. 52.3(k)(1)(A). Relator has failed to provide us with any documentation to show herself entitled to mandamus relief. In addition, she indicates in her petition that the trial court has appointed counsel to represent her.

We expressly do not reach the merits of relator's petition. More information presented in a manner consistent with Rule 52.3 and Rule 52.7 is necessary to permit the Court

to review relator's assertions and consider awarding mandamus relief.  Based on noncompliance with Rule 52.3 and Rule 52.7, we deny relator's petition for writ of mandamus. *See id.* R. 52.3, R. 52.7, R. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed:   May 23, 2019